UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROLEX WATCH U.S.A, INC.,

        Plaintiff,

v.

PRL USA HOLDINGS, INC.,

        Defendant.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/15

12 Civ. 6006

**ORDER**

      For the reasons stated in the court's opinion of March 31, 2015, which is filed under seal, both pending motions for summary judgment are denied, and plaintiff's motion to dismiss defendant's counterclaim for declaratory judgment is granted. A public version of the court's opinion will be filed at a later date.

      This resolves the motions listed as items 25 and 45 on the docket.

Dated: New York, New York
       March 31, 2015

                            Thomas P. Griesa
                            United States District Judge