# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
New York, New York 10036-4003
www.kslaw.com

Kathleen E. McCarthy
Direct Dial:  212-556-2345
Direct Fax:  212-556-2222
kmccarthy@kslaw.com

July 21, 2016

**BY ECF**

The Honorable P. Kevin Castel
United States District Court
 for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:   *Rolex Watch U.S.A., Inc. v. PRL USA Holdings, Inc.*
              No. 1:12-cv-06006-PKC

Dear Judge Castel:

      The parties respectfully submit this **joint request to adjourn** the Final Pretrial Conference in the above matter, which is currently scheduled for July 26, 2016 at 2:30 PM **until the Court's earliest available date of the following dates in October 2016: October 5-7, 10, or 13-14, 2016**.  The date of the Final Pretrial Conference was previously adjourned twice before on consent.  The first adjournment was from June 2, 2016 to June 22, 2016 in order to accommodate the schedule of counsel for Plaintiff Rolex.  The second adjournment was from June 22, 2016 to July 26, 2016 and was requested as a result of the parties having reached an agreement in principle to settle the case and counsels' belief at the time of that request that the parties would be able to finalize their agreement within 30 days.

      The parties' settlement remains intact, and the parties are diligently pursuing the actions needed to finalize their settlement.  The parties have determined, however, that they will need additional time to complete the settlement.  Because of the nature of the settlement, the parties and related entities will enter into multiple agreements that address not only this action but dozens of proceedings pending globally.  As a result, counsel in several other countries need to be consulted with respect to the provisions of the agreements that relate to those foreign proceedings.  Once that language and the language of the remainder of the agreements has been finalized, the parties will be in a position to secure the necessary corporate approvals of the final agreements and execute the definitive documents.  In view of the summer season and attendant holidays, the parties expect that they will be able to complete these processes by the end of September.

The Honorable P. Kevin Castel
July 21, 2016
Page 2


      This joint request is made in good faith and not for purposes of delay. The parties again respectfully request that the case **not** be conditionally dismissed at this point while the parties continue to work diligently to finalize the necessary agreements. Respectfully submitted,

Respectfully Submitted,

KING & SPALDING LLP

By: _____
    Kathleen E. McCarthy

1185 Avenue of the Americas
New York, New York 10036
Telephone: (212) 556-2345
Email: kmccarthy@kslaw.com

Attorneys for Plaintiff
Rolex Watch U.S.A., Inc.

GREENBERG TRAURIG, LLP

By: _____
    Daniel I. Schloss

200 Park Avenue, 38th Floor
New York, New York 10166
Telephone: (212) 801-2256
Email: schlossd@gtlaw.com

Attorneys for Defendant
PRL USA Holdings, Inc.

.

cc: All counsel of record via ECF

Dated: July __, 2016
New York, New York

SO ORDERED.

_____
Honorable P. Kevin Castel